# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| LAZAREO JONES,<br><br>　　　　　　Petitioner,<br>　v.<br>JEFFERSON B. SESSIONS, et al.,<br><br>　　　　　　Respondents. | Case No. 2:18-cv-01568-APG-VCF<br><br>ORDER |

Petitioner Lazareo Jones, through counsel, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1). Jones has paid the filing fee for this action, and this court has conducted a preliminary review of the petition.

**IT IS THEREFORE ORDERED** that the Clerk of the Court **SHALL SERVE** the petition (ECF No. 1), along with this order, upon respondents as follows:

　　　　1. By having the United States Marshal, on or before the close of business on the date that this order is entered, serve a copy of the petition (ECF No. 1) and this order on the United States Attorney for the District of Nevada or an Assistant United States Attorney or a clerical employee designated by the United States Attorney pursuant to Rule 4(i)(1)(A) of the Federal Rules of Civil Procedure.

　　　　2. By sending a copy of the petition (ECF No. 1) and this order by registered or certified mail to the following: (1) Jefferson B. Sessions, U.S. Attorney General, 950 Pennsylvania Avenue, Washington DC 20530; (2) David Anderson, Acting Deputy Director, United States Marshal for the District of Nevada, 333 Las Vegas Blvd. S., Suite 2058, Las Vegas, NV 89101; (3) Hugh J. Hurwitz, Acting Director, Federal

1

Bureau of Prisons, 320 First St., NW, Washington DC 20534; (4) Brian Koehn, Warden, Nevada Southern Detention Center, 2190 East Mesquite Avenue, Pahrump, NV 89060.

**IT IS FURTHER ORDERED** that respondents **SHALL FILE AND SERVE** an answer or other response to the petition (ECF No. 1) within **twenty-one (21) days** of the date of this order.

**IT IS FURTHER ORDERED** that petitioner **SHALL FILE AND SERVE** a reply to respondents' answer or response to the petition within **fourteen (14) days** of the date that petitioner is served with the same.

**IT IS FURTHER ORDERED** that all exhibits filed by respondents and petitioner herein **SHALL BE FILED** with a separate index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits in the attachment. A hard copy (courtesy copy) of all pleadings and exhibits SHALL BE FORWARDED on the date of filing to the staff attorneys, in care of the Staff Attorney, Office of the Clerk of Court, United States District Court, 400 South Virginia St., Reno, NV 89501.

DATED: 24 August 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE