# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAZAREO JONES, | Case No.: 2:18-cv-1568-APG-VCF |
| Plaintiff, | **ORDER DISMISSING CASE** |
| v. | [ECF No. 9] |
| JEFFERSON B. SESSIONS, et. Al., | |
| Defendants. | |

Petitioner Lazareo Jones moves to voluntarily dismiss his petition filed in this case. ECF No. 9. The Defendants do not oppose. Jones explains that this court issued a new judgment in his related federal criminal case on October 18, 2018 (*see* 2:16-cr-00274-KJD-GWF-1), and that he was released from Bureau of Prisons' custody on October 23, 2018. Jones has obtained the relief he sought through this petition, rendering it moot.

IT IS THEREFORE ORDERED that petitioner's motion to voluntarily dismiss the petition **(ECF No. 9) is GRANTED**.

IT IS FURTHER ORDERED that the Clerk shall enter judgment accordingly and close this case.

Dated: October 25, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE